**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTIONS

Appellate case name:     Zsolt Petko and Zsuzsanna Adam v. Carelton Courtyard

Appellate case number:   01-17-00918-CV

Trial court case number:   CV-0077741

Trial court:     County Court at Law No. 2 of Galveston County

The panel has voted to **dismiss** appellants' pro se "Motion for Reconsideration and Extension of Time to File Petition" as moot and to **deny** the "Motion to Correct Clerical Error in Judgment and Reconstruct Lost Document and Modify, Correct, or Reform Judgment."

It is so ORDERED.

Judge's signature:     ____/s/ Laura C. Higley_____
                                  x  Acting for the Court

Panel consists of Justices Jennings, Keyes, and Higley.

Date:   __November 29, 2018____